UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**3081 MAIN STREET, LLC d/b/a NEW ENGLAND WINE AND SPIRITS,** on behalf of itself and all others similarly situated**,**

       Plaintiff,

  -vs.-

**GEA ENERGY, LLC,**

       Defendant.

11 CV 1318 (JCH)

NOTICE OF DISMISSAL
UNDER RULE 41(a)(1)(a)(i)
OF THE FEDERAL RULES
OF CIVIL PROCEDURE

  **PLEASE TAKE NOTICE** that Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses this action.

Dated: White Plains, New York
    December 19, 2011

        Respectfully submitted,

        **3801 MAIN STREET, LLC
        d/b/a NEW ENGLAND WINE AND
        SPIRITS, by its attorneys**

        BELLIN & ASSOCIATES LLC

        By: /s/Aytan Y. Bellin
          Aytan Y. Bellin, Esq. (ct28454)
        85 Miles Avenue
        White Plains, NY 10606
        (914) 358-5345
        aytan.bellin@bellinlaw.com